

ORDERED in the Southern District of Florida on February 13, 2020.

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

**IN THE MATTER OF:**                      **CASE NO. 19-18941-AJC**
                                           **CHAPTER 13**
**ARSENIO LORENZO VAZQUEZ**
**PATRICIA LORENZO CANTON**

      **Debtors,**
_____/

### AMENDED[1] ORDER GRANTING MOTION TO APPROVE TRIAL MODIFCATION AGREEMENT WITH MR. COOPER

**THIS CASE** came on to be heard on January 24, 2020 on the Debtor's Motion to Approve Trial Loan Modification Agreement with Caliber Home Loans (D.E. #54) and based on the record, it is

---

[1] The order is being amended to correct the title of the modification agreement from Final to Trial.

**ORDERED** as follows:

1. The Motion to Approve Trial Modification Agreement is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Ricardo Corona, Esq. shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).

**Submitted by:**
Ricardo Corona, Esq.
3899 NW 7th Street, 2nd Floor
Miami, FL 33126
Phone: (305)547-1234
Email: bk@coronapa.com

**Copies to:**
All parties of record by the Clerk of Court