| Fill in this information to identify the case: |
|---|
| Debtor 1    Arsenio Lorenzo Vazquez |
| Debtor 2    Patricia Lorenzo Canton |
| (Spouse, if filing) |
| United States Bankruptcy Court for the SOUTHERN  District of FLORIDA |
| Case number 19-18941 |

Official Form 410S1

## Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Caliber Home Loans, Inc.    **Court claim no**. (if known): 18-2

**Last 4 digits** of any number you use to identify the debtor's account: 5830

**Date of payment change:** 9/1/2021
Must be at least 21 days after date of this notice

**New total payment:** $2,502.39
Principal, interest, and escrow, if any

---

### Part 1:    Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $1,055.04        New escrow payment: $1,198.27

### Part 2:    Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:                  New interest rate:

   Current principal and interest payment:        New principal and interest payment:

### Part 3:    Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment        New mortgage payment:

---

Debtor 1 <u>Arsenio Lorenzo Vazquez</u>  Case number *(if known)* <u>19-18941</u>
       Print Name    Middle Name    Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Nathalie Rodriguez     Date <u>June 28, 2021</u>
Signature

| | | | | |
|---|---|---|---|---|
| Print | Nathalie Rodriguez, | | Title | Authorized Agent for Creditor |
| | First Name    Middle Name    Last Name | | | |
| Company | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | | | |
| Address | 6409 Congress Avenue, Suite 100 | | | |
| | Number   Street | | | |
| | Boca Raton FL 33487 | | | |
| | City        State      ZIP Code | | | |
| Contact Phone | 470-321-7112 | | Email | NRodriguez@raslg.com |

Official Form 410S1      **Notice of Mortgage Payment Change**      page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 30, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Arsenio Lorenzo Vazquez
25052 SW 118 Court
Homestead, FL 33032

Patricia Lorenzo Canton
25052 SW 118 Court
Homestead, FL 33032

And via electronic mail to:

Ricardo Corona, Esq.
3899 NW 7 St, Second Floor
Miami, FL 33126

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

By: /s/ Taylor Stevens



# Escrow Statement

Caliber Home Loans, Inc.
P.O. Box 619063
Dallas, TX 75261-9063

### Account Summary

| | |
|---|---|
| Statement Date: | 06/15/2021 |
| Loan Number: | |
| Current Payment Amount: | $2,359.16 |
| New Payment Amount: | $2,502.39 |
| New Payment Effective Date: | 09/01/2021 |

Property Address: 25052 SW 118TH COURT
HOMESTEAD FL 33032-0000

ARSENIO LORENZO VAZQUEZ
PATRICIA LORENZO-CANTON
C/O RICARDO CORONA ESQ
3899 NW 7 ST SECOND FLOOR
MAIMI FL  33126

We are here to help....

www.caliberhomeloans.com
Customer Service: 800-401-6587
Monday - Friday
8:00 a.m. - 8:00 p.m. CST
Saturday
8:00 a.m. - 12:00 p.m. CST
Excluding federal holidays

### What is Escrow?

Escrow is an account that is used to store funds collected through your mortgage payment for the purpose of paying your property taxes &/or insurance.

Funds are issued to your tax entity or insurance carrier when payments become due; the amount due is determined by those entities.

Other items such as mortgage and flood insurance may also be included in your escrow account.

To learn more about escrow, please visit caliberhomeloans.com/tools-resources/faqs.

### Why am I receiving this statement?

- We review your escrow account to ensure your monthly escrow payment will be enough to cover tax and insurance payments for the next 12 months.
- Since the amount of taxes and insurance can change over time, this statement will outline any changes for your account.
- These changes may impact your payment amount.

### YOUR RESULTS…

Based on our review, you have a **Shortage** in the amount of **$2,944.90.**

Details of this calculation are reflected in Section 2.

| | |
|---|---|
| Projected minimum balance | -$1,071.94 |
| - Required minimum balance | $1,872.96 |
| **Shortage Amount** | **-$2,944.90** |

### Section 1: Next Steps



Your shortage will be spread over 45 months.
**Your new payment will be $2,502.39**

| Payment Breakdown | Current Monthly Payment | New Monthly payment as of 09/01/2021 |
|---|---|---|
| Principal & Interest | $1,304.12 | $1,304.12 |
| Escrow | $1,055.04 | $1,198.27 |
| **Total Payment** | **$2,359.16** | **$2,502.39** |

If you utilize a bill paying service, please notify them of the payment changes scheduled to occur effective 09/01/2021.

### Section 2: Escrow breakdown and next year's expected activity

| | Upcoming expected payments |
|---|---|
| Insurance | $5,283.00 |
| Tax | $5,954.82 |
| Mortgage Insurance | $2,356.20 |
| Total: | $13,594.02 |

To calculate your new monthly escrow payment:

| | |
|---|---|
| Total Insurance and Taxes | $13,594.02 |
| Divided by 12 | 12 |
| New base escrow payment: | $1,132.83 |
| New monthly shortage payment: | + $65.44 |
| **New monthly escrow payment:** | **$1,198.27** |

**Section 2: Escrow breakdown and next year's expected activity (continued)**



| Date | Payment to Escrow | What we expect to pay out | Description | Your Anticipated Balance | Balance needed in your account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $5,483.48 | $8,428.38 |
| 09/2021 | $1,132.83 | -$196.35 | FHA | $6,419.96 | $9,364.86 |
| 10/2021 | $1,132.83 | -$196.35 | FHA | $7,356.44 | $10,301.34 |
| 11/2021 | $1,132.83 | -$196.35 | FHA | $8,292.92 | $11,237.82 |
| 11/2021 | $0.00 | -$5,954.82 | COUNTY TAX | $2,338.10 | $5,283.00 |
| 12/2021 | $1,132.83 | -$196.35 | FHA | $3,274.58 | $6,219.48 |
| 01/2022 | $1,132.83 | -$4,745.00 | HOMEOWNER INS | -$337.59 | $2,607.31 |
| 01/2022 | $0.00 | -$538.00 | FLOOD INSURANCE | -$875.59 | $2,069.31 |
| 01/2022 | $0.00 | -$196.35 | FHA | -$1,071.94 | $1,872.96 |
| 02/2022 | $1,132.83 | -$196.35 | FHA | -$135.46 | $2,809.44 |
| 03/2022 | $1,132.83 | -$196.35 | FHA | $801.02 | $3,745.92 |
| 04/2022 | $1,132.83 | -$196.35 | FHA | $1,737.50 | $4,682.40 |
| 05/2022 | $1,132.83 | -$196.35 | FHA | $2,673.98 | $5,618.88 |
| 06/2022 | $1,132.83 | -$196.35 | FHA | $3,610.46 | $6,555.36 |
| 07/2022 | $1,132.83 | -$196.35 | FHA | $4,546.94 | $7,491.84 |
| 08/2022 | $1,132.83 | -$196.35 | FHA | $5,483.42 | $8,428.32 |

The minimum balance, highlighted in yellow, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to 2 months of escrow payments to cover increases in your taxes and insurance.

Any transactions that occurred after the statement date will not reflect in the above chart.

**Section 3: Escrow Account History**



| Date | Anticipated payments | Actual payments | Anticipated disbursements | Description | What we disbursed | Description | Required balance | Actual balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Beginning Balance | $4,659.96 | -$200.72 |
| 06/2020 | $977.37 | $2,110.08 | -$200.72 | FHA | -$200.72 | FHA | $5,436.61 | $1,708.64 |
| 07/2020 | $977.37 | $1,055.04 | -$200.72 | FHA | -$200.72 | FHA | $6,213.26 | $2,562.96 |
| 08/2020 | $977.37 | $1,055.04 | -$200.72 | FHA | -$200.72 | FHA | $6,989.91 | $3,417.28 |
| 09/2020 | $977.37 | $1,055.04 | -$200.72 | FHA | -$200.72 | FHA | $7,766.56 | $4,271.60 |
| 10/2020 | $977.37 | $1,055.04 | -$200.72 | FHA | -$200.72 | FHA | $8,543.21 | $5,125.92 |
| 11/2020 | $977.37 | $1,055.04 | -$200.72 | FHA | -$200.72 | FHA          * | $9,319.86 | $5,980.24 |
| 11/2020 | $0.00 | $0.00 | -$5,859.74 | COUNTY TAX | -$5,954.82 | COUNTY TAX | $3,460.12 | $25.42 |
| 12/2020 | $977.37 | $1,055.04 | -$200.72 | FHA | -$200.72 | FHA | $4,236.77 | $879.74 |
| 01/2021 | $977.37 | $1,055.04 | -$2,942.12 | HOMEOWNER INS | -$538.00 | FLOOD INSURANCE * | $2,272.02 | $1,396.78 |
| 01/2021 | $0.00 | $0.00 | -$518.00 | FLOOD INSURANCE | -$200.72 | FHA | $1,754.02 | $1,196.06 |
| 01/2021 | $0.00 | $0.00 | -$200.72 | FHA | -$4,745.00 | HOMEOWNER INS | $1,553.30 | -$3,548.94 |
| 02/2021 | $977.37 | $0.00 | -$200.72 | FHA | -$200.72 | FHA | $2,329.95 | -$3,749.66 |
| 03/2021 | $977.37 | $2,110.08 | -$200.72 | FHA | -$196.35 | FHA          * | $3,106.60 | -$1,835.93 |
| 04/2021 | $977.37 | $1,055.04 | -$200.72 | FHA | -$196.35 | FHA          * | $3,883.25 | -$977.24 |
| 05/2021 | $977.37 | $5,136.04 | -$200.72 | FHA | -$196.35 | FHA          * | $4,659.90 | $3,962.45 |

The chart above outlines up to twelve months' worth of escrow activity from the effective date of your last active analysis completed by Caliber. If this is the first time receiving an annual escrow statement from Caliber, this section will include up to twelve months' worth of escrow activity, if available.

When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred, but is estimated to occur as shown.
An asterisk (*) indicates a difference in either the amount or date.

**Section 4: Additional Information**



If your required escrow balance was not reached, this could be due to possible reasons outlined below:
- An increase in your taxes or insurance
- Expired tax exemption
- Unanticipated payment(s) disbursed from your escrow account
- Changes you made to your insurance policy
- Not making scheduled payments to your escrow account

For questions regarding your statement, please contact our Customer Service Department at 800-401-6587, Monday – Friday between the hours of 8:00 a.m. and 8:00 p.m. Central Time, and Saturday between the hours of 8:00 a.m. to 12:00 p.m. Central Time, excluding federal holidays. Please also visit our website at myaccount.caliberhomeloans.com.

**Notice to Consumers presently in Bankruptcy or who have received a Bankruptcy Discharge:** If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.

Case 19-18941-AJC   Doc 73   Filed 06/30/21   Page 6 of 7



# HISTORY OF ACCOUNT
## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ARSENIO LORENZO VAZQUEZ  
PATRICIA LORENZO-CANTON  
25052 SW 118TH COURT  
HOMESTEAD, FL 33032-0000  

ACCOUNT #  
06/24/2021  
REPORT ID: 378016  

Escrow History only reflects Caliber Home Loans Inc. information. Refer to prior servicer for details of prior transactions.

**THIS IS A STATEMENT OF ACTIVITY IN YOUR ESCROW ACCOUNT**  
**FROM 02/16/2016 TO 06/30/2021**

| Date | Charge/ Payment | Comments | Insurance Balance | Tax Balance | Unspecified Balance | Escrow Account Balance |
|---|---|---|---|---|---|---|
| 02/16/2016 | $1,754.11 | Escrow Payment | $0.00 | $0.00 | $1,754.11 | $1,754.11 |
| 03/07/2016 | ($216.41) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $1,537.70 | $1,537.70 |
| 03/10/2016 | $801.10 | Escrow Payment | $0.00 | $0.00 | $2,338.80 | $2,338.80 |
| 03/16/2016 | $801.10 | Escrow Payment | $0.00 | $0.00 | $3,139.90 | $3,139.90 |
| 03/16/2016 | ($801.10) | Escrow Payment Reversal | $0.00 | $0.00 | $2,338.80 | $2,338.80 |
| 04/01/2016 | $801.10 | Escrow Payment | $0.00 | $0.00 | $3,139.90 | $3,139.90 |
| 04/05/2016 | ($216.41) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $2,923.49 | $2,923.49 |
| 05/04/2016 | ($216.41) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $2,707.08 | $2,707.08 |
| 05/16/2016 | $801.10 | Escrow Payment | $0.00 | $0.00 | $3,508.18 | $3,508.18 |
| 06/06/2016 | ($216.41) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $3,291.77 | $3,291.77 |
| 06/14/2016 | $801.10 | Escrow Payment | $0.00 | $0.00 | $4,092.87 | $4,092.87 |
| 07/06/2016 | ($216.41) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $3,876.46 | $3,876.46 |
| 07/14/2016 | $801.10 | Escrow Payment | $0.00 | $0.00 | $4,677.56 | $4,677.56 |
| 07/19/2016 | ($801.10) | Escrow Payment Reversal | $0.00 | $0.00 | $3,876.46 | $3,876.46 |
| 07/21/2016 | $801.10 | Escrow Payment | $0.00 | $0.00 | $4,677.56 | $4,677.56 |
| 08/04/2016 | ($216.41) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $4,461.15 | $4,461.15 |
| 08/15/2016 | $801.10 | Escrow Payment | $0.00 | $0.00 | $5,262.25 | $5,262.25 |
| 09/06/2016 | ($216.41) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $5,045.84 | $5,045.84 |
| 09/14/2016 | $801.10 | Escrow Payment | $0.00 | $0.00 | $5,846.94 | $5,846.94 |
| 09/15/2016 | $801.10 | Escrow Payment | $0.00 | $0.00 | $6,648.04 | $6,648.04 |
| 09/19/2016 | $801.10 | Escrow Payment | $0.00 | $0.00 | $7,449.14 | $7,449.14 |
| 09/19/2016 | ($801.10) | Escrow Payment Reversal | $0.00 | $0.00 | $6,648.04 | $6,648.04 |
| 09/20/2016 | $801.10 | Escrow Payment | $0.00 | $0.00 | $7,449.14 | $7,449.14 |
| 09/20/2016 | ($801.10) | Escrow Payment Reversal | $0.00 | $0.00 | $6,648.04 | $6,648.04 |
| 09/20/2016 | ($801.10) | Escrow Payment Reversal | $0.00 | $0.00 | $5,846.94 | $5,846.94 |
| 10/05/2016 | ($216.41) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $5,630.53 | $5,630.53 |
| 10/15/2016 | $801.10 | Escrow Payment | $0.00 | $0.00 | $6,431.63 | $6,431.63 |
| 10/20/2016 | $801.10 | Escrow Payment | $0.00 | $0.00 | $7,232.73 | $7,232.73 |
| 10/20/2016 | ($801.10) | Escrow Payment Reversal | $0.00 | $0.00 | $6,431.63 | $6,431.63 |
| 11/07/2016 | ($216.41) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $6,215.22 | $6,215.22 |
| 11/10/2016 | ($2,231.67) | Disbursement County Tax | $0.00 | $0.00 | $3,983.55 | $3,983.55 |
| 11/15/2016 | $801.10 | Escrow Payment | $0.00 | $0.00 | $4,784.65 | $4,784.65 |
| 11/18/2016 | ($801.10) | Escrow Payment Reversal | $0.00 | $0.00 | $3,983.55 | $3,983.55 |
| 12/05/2016 | ($216.41) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $3,767.14 | $3,767.14 |
| 12/31/2016 | $769.26 | Escrow Payment | $0.00 | $0.00 | $4,536.40 | $4,536.40 |
| 12/31/2016 | $801.10 | Escrow Payment | $0.00 | $0.00 | $5,337.50 | $5,337.50 |
| 01/05/2017 | ($216.41) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $5,121.09 | $5,121.09 |
| 01/06/2017 | ($1,711.00) | Disbursement Homeowners Ins / Condo Master | $0.00 | $0.00 | $3,410.09 | $3,410.09 |
| 01/06/2017 | ($490.00) | Disbursement Flood Insurance / Flood Condo Master | $0.00 | $0.00 | $2,920.09 | $2,920.09 |
| 02/06/2017 | ($216.41) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $2,703.68 | $2,703.68 |
| 02/22/2017 | $801.10 | Escrow Payment | $0.00 | $0.00 | $3,504.78 | $3,504.78 |
| 03/06/2017 | ($212.74) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $3,292.04 | $3,292.04 |
| 03/22/2017 | $801.10 | Escrow Payment | $0.00 | $0.00 | $4,093.14 | $4,093.14 |
| 04/05/2017 | ($212.74) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $3,880.40 | $3,880.40 |
| 04/28/2017 | $855.68 | Escrow Payment | $0.00 | $0.00 | $4,736.08 | $4,736.08 |
| 05/05/2017 | ($212.74) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $4,523.34 | $4,523.34 |
| 06/05/2017 | ($212.74) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $4,310.60 | $4,310.60 |
| 07/05/2017 | ($212.74) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $4,097.86 | $4,097.86 |
| 08/07/2017 | ($212.74) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $3,885.12 | $3,885.12 |
| 09/05/2017 | ($212.74) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $3,672.38 | $3,672.38 |
| 10/05/2017 | ($212.74) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $3,459.64 | $3,459.64 |
| 11/06/2017 | ($212.74) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $3,246.90 | $3,246.90 |
| 12/04/2017 | ($5,618.29) | Disbursement County Tax | $0.00 | ($2,371.39) | $0.00 | ($2,371.39) |
| 12/05/2017 | ($212.74) | Disbursement FHA MIP - Risk Based Premium Loans | ($212.74) | ($2,371.39) | $0.00 | ($2,584.13) |
| 01/05/2018 | ($212.74) | Disbursement FHA MIP - Risk Based Premium Loans | ($425.48) | ($2,371.39) | $0.00 | ($2,796.87) |
| 01/08/2018 | ($2,221.00) | Disbursement Homeowners Ins / Condo Master | ($2,646.48) | ($2,371.39) | $0.00 | ($5,017.87) |
| 01/08/2018 | ($486.00) | Disbursement Flood Insurance / Flood Condo Master | ($3,132.48) | ($2,371.39) | $0.00 | ($5,503.87) |
| 02/05/2018 | ($212.74) | Disbursement FHA MIP - Risk Based Premium Loans | ($3,345.22) | ($2,371.39) | $0.00 | ($5,716.61) |
| 03/05/2018 | ($208.91) | Disbursement FHA MIP - Risk Based Premium Loans | ($3,554.13) | ($2,371.39) | $0.00 | ($5,925.52) |
| 04/05/2018 | ($208.91) | Disbursement FHA MIP - Risk Based Premium Loans | ($3,763.04) | ($2,371.39) | $0.00 | ($6,134.43) |
| 05/03/2018 | ($208.91) | Disbursement FHA MIP - Risk Based Premium Loans | ($3,971.95) | ($2,371.39) | $0.00 | ($6,343.34) |
| 06/04/2018 | ($208.91) | Disbursement FHA MIP - Risk Based Premium Loans | ($4,180.86) | ($2,371.39) | $0.00 | ($6,552.25) |
| 07/03/2018 | ($208.91) | Disbursement FHA MIP - Risk Based Premium Loans | ($4,389.77) | ($2,371.39) | $0.00 | ($6,761.16) |
| 08/03/2018 | ($208.91) | Disbursement FHA MIP - Risk Based Premium Loans | ($4,598.68) | ($2,371.39) | $0.00 | ($6,970.07) |
| 09/04/2018 | ($208.91) | Disbursement FHA MIP - Risk Based Premium Loans | ($4,807.59) | ($2,371.39) | $0.00 | ($7,178.98) |
| 10/03/2018 | ($208.91) | Disbursement FHA MIP - Risk Based Premium Loans | ($5,016.50) | ($2,371.39) | $0.00 | ($7,387.89) |
| 11/02/2018 | ($208.91) | Disbursement FHA MIP - Risk Based Premium Loans | ($5,225.41) | ($2,371.39) | $0.00 | ($7,596.80) |
| 11/19/2018 | ($5,652.94) | Disbursement County Tax | ($5,225.41) | ($8,024.33) | $0.00 | ($13,249.74) |
| 12/03/2018 | ($208.91) | Disbursement FHA MIP - Risk Based Premium Loans | ($5,434.32) | ($8,024.33) | $0.00 | ($13,458.65) |

| Date | Amount | Description | Col1 | Col2 | Col3 | Col4 |
|---|---|---|---|---|---|---|
| 01/03/2019 | ($208.91) | Disbursement FHA MIP - Risk Based Premium Loans | ($5,643.23) | ($8,024.33) | $0.00 | ($13,667.56) |
| 01/07/2019 | ($2,234.00) | Disbursement Homeowners Ins / Condo Master | ($7,877.23) | ($8,024.33) | $0.00 | ($15,901.56) |
| 01/07/2019 | ($496.00) | Disbursement Flood Insurance / Flood Condo Master | ($8,373.23) | ($8,024.33) | $0.00 | ($16,397.56) |
| 02/04/2019 | ($208.91) | Disbursement FHA MIP - Risk Based Premium Loans | ($8,582.14) | ($8,024.33) | $0.00 | ($16,606.47) |
| 03/04/2019 | ($204.90) | Disbursement FHA MIP - Risk Based Premium Loans | ($8,787.04) | ($8,024.33) | $0.00 | ($16,811.37) |
| 04/03/2019 | ($204.90) | Disbursement FHA MIP - Risk Based Premium Loans | ($8,991.94) | ($8,024.33) | $0.00 | ($17,016.27) |
| 05/03/2019 | ($204.90) | Disbursement FHA MIP - Risk Based Premium Loans | ($9,196.84) | ($8,024.33) | $0.00 | ($17,221.17) |
| 06/03/2019 | ($204.90) | Disbursement FHA MIP - Risk Based Premium Loans | ($9,401.74) | ($8,024.33) | $0.00 | ($17,426.07) |
| 07/03/2019 | ($204.90) | Disbursement FHA MIP - Risk Based Premium Loans | ($9,606.64) | ($8,024.33) | $0.00 | ($17,630.97) |
| 08/02/2019 | ($204.90) | Disbursement FHA MIP - Risk Based Premium Loans | ($9,811.54) | ($8,024.33) | $0.00 | ($17,835.87) |
| 09/03/2019 | ($204.90) | Disbursement FHA MIP - Risk Based Premium Loans | ($10,016.44) | ($8,024.33) | $0.00 | ($18,040.77) |
| 10/03/2019 | ($204.90) | Disbursement FHA MIP - Risk Based Premium Loans | ($10,221.34) | ($8,024.33) | $0.00 | ($18,245.67) |
| 11/04/2019 | ($204.90) | Disbursement FHA MIP - Risk Based Premium Loans | ($10,426.24) | ($8,024.33) | $0.00 | ($18,450.57) |
| 11/15/2019 | ($5,859.74) | Disbursement County Tax | ($10,426.24) | ($13,884.07) | $0.00 | ($24,310.31) |
| 12/03/2019 | ($204.90) | Disbursement FHA MIP - Risk Based Premium Loans | ($10,631.14) | ($13,884.07) | $0.00 | ($24,515.21) |
| 12/26/2019 | $855.68 | Escrow Payment | ($10,631.14) | ($13,028.39) | $0.00 | ($23,659.53) |
| 12/26/2019 | $855.68 | Escrow Payment | ($10,631.14) | ($12,172.71) | $0.00 | ($22,803.85) |
| 12/26/2019 | $855.68 | Escrow Payment | ($10,435.49) | ($11,512.68) | $0.00 | ($21,948.17) |
| 01/06/2020 | ($2,942.00) | Disbursement Homeowners Ins / Condo Master | ($13,377.49) | ($11,512.68) | $0.00 | ($24,890.17) |
| 01/06/2020 | ($518.00) | Disbursement Flood Insurance / Flood Condo Master | ($13,895.49) | ($11,512.68) | $0.00 | ($25,408.17) |
| 01/07/2020 | ($204.90) | Disbursement FHA MIP - Risk Based Premium Loans | ($14,100.39) | ($11,512.68) | $0.00 | ($25,613.07) |
| 01/22/2020 | $855.68 | Escrow Payment | ($13,244.71) | ($11,512.68) | $0.00 | ($24,757.39) |
| 02/05/2020 | ($204.90) | Disbursement FHA MIP - Risk Based Premium Loans | ($13,449.61) | ($11,512.68) | $0.00 | ($24,962.29) |
| 03/05/2020 | ($200.72) | Disbursement FHA MIP - Risk Based Premium Loans | ($13,650.33) | ($11,512.68) | $0.00 | ($25,163.01) |
| 03/20/2020 | $855.68 | Escrow Payment | ($12,794.65) | ($11,512.68) | $0.00 | ($24,307.33) |
| 03/20/2020 | $855.68 | Escrow Payment | ($11,938.97) | ($11,512.68) | $0.00 | ($23,451.65) |
| 04/03/2020 | ($200.72) | Disbursement FHA MIP - Risk Based Premium Loans | ($12,139.69) | ($11,512.68) | $0.00 | ($23,652.37) |
| 04/21/2020 | $855.68 | Escrow Payment | ($11,284.01) | ($11,512.68) | $0.00 | ($22,796.69) |
| 04/24/2020 | $855.68 | Escrow Payment | ($10,428.33) | ($11,512.68) | $0.00 | ($21,941.01) |
| 04/24/2020 | ($855.68) | Escrow Payment Reversal | ($11,284.01) | ($11,512.68) | $0.00 | ($22,796.69) |
| 05/05/2020 | ($200.72) | Disbursement FHA MIP - Risk Based Premium Loans | ($11,484.73) | ($11,512.68) | $0.00 | ($22,997.41) |
| 05/20/2020 | $22,796.69 | Credit Adjustment | ($200.72) | $0.00 | $0.00 | ($200.72) |
| 05/21/2020 | $864.34 | Escrow Payment | $0.00 | $0.00 | $663.62 | $663.62 |
| 05/29/2020 | ($864.34) | Escrow Payment Reversal | ($200.72) | $0.00 | $0.00 | ($200.72) |
| 06/05/2020 | $1,055.04 | Escrow Payment | $0.00 | $0.00 | $854.32 | $854.32 |
| 06/05/2020 | ($200.72) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $653.60 | $653.60 |
| 06/23/2020 | $1,055.04 | Escrow Payment | $0.00 | $0.00 | $1,708.64 | $1,708.64 |
| 07/07/2020 | ($200.72) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $1,507.92 | $1,507.92 |
| 07/22/2020 | $1,055.04 | Escrow Payment | $0.00 | $0.00 | $2,562.96 | $2,562.96 |
| 08/05/2020 | ($200.72) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $2,362.24 | $2,362.24 |
| 08/18/2020 | $1,055.04 | Escrow Payment | $0.00 | $0.00 | $3,417.28 | $3,417.28 |
| 09/05/2020 | ($200.72) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $3,216.56 | $3,216.56 |
| 09/22/2020 | $1,055.04 | Escrow Payment | $0.00 | $0.00 | $4,271.60 | $4,271.60 |
| 10/07/2020 | ($200.72) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $4,070.88 | $4,070.88 |
| 10/20/2020 | $1,055.04 | Escrow Payment | $0.00 | $0.00 | $5,125.92 | $5,125.92 |
| 11/05/2020 | ($200.72) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $4,925.20 | $4,925.20 |
| 11/12/2020 | ($5,954.82) | Disbursement County Tax | $0.00 | ($1,029.62) | $0.00 | ($1,029.62) |
| 11/23/2020 | $1,055.04 | Escrow Payment | $0.00 | $0.00 | $25.42 | $25.42 |
| 12/04/2020 | ($200.72) | Disbursement FHA MIP - Risk Based Premium Loans | ($175.30) | $0.00 | $0.00 | ($175.30) |
| 12/15/2020 | $1,055.04 | Escrow Payment | $0.00 | $0.00 | $879.74 | $879.74 |
| 01/06/2021 | ($538.00) | Disbursement Flood Insurance / Flood Condo Master | $0.00 | $0.00 | $341.74 | $341.74 |
| 01/06/2021 | ($200.72) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $141.02 | $141.02 |
| 01/07/2021 | ($4,745.00) | Disbursement Homeowners Ins / Condo Master | ($4,603.98) | $0.00 | $0.00 | ($4,603.98) |
| 01/20/2021 | $1,055.04 | Escrow Payment | ($3,548.94) | $0.00 | $0.00 | ($3,548.94) |
| 02/03/2021 | ($200.72) | Disbursement FHA MIP - Risk Based Premium Loans | ($3,749.66) | $0.00 | $0.00 | ($3,749.66) |
| 03/02/2021 | $1,055.04 | Escrow Payment | ($2,694.62) | $0.00 | $0.00 | ($2,694.62) |
| 03/02/2021 | $1,055.04 | Escrow Payment | ($1,639.58) | $0.00 | $0.00 | ($1,639.58) |
| 03/03/2021 | ($196.35) | Disbursement FHA MIP - Risk Based Premium Loans | ($1,835.93) | $0.00 | $0.00 | ($1,835.93) |
| 04/05/2021 | ($196.35) | Disbursement FHA MIP - Risk Based Premium Loans | ($2,032.28) | $0.00 | $0.00 | ($2,032.28) |
| 04/20/2021 | $1,055.04 | Escrow Payment | ($977.24) | $0.00 | $0.00 | ($977.24) |
| 05/05/2021 | ($196.35) | Disbursement FHA MIP - Risk Based Premium Loans | ($1,173.59) | $0.00 | $0.00 | ($1,173.59) |
| 05/12/2021 | $1,055.04 | Escrow Payment | ($118.55) | $0.00 | $0.00 | ($118.55) |
| 05/14/2021 | $4,081.00 | Escrow Payment | $0.00 | $0.00 | $3,962.45 | $3,962.45 |
| 05/14/2021 | ($1,055.04) | Escrow Payment Reversal | ($1,055.04) | $0.00 | $3,962.45 | $2,907.41 |
| 05/17/2021 | $1,055.04 | Escrow Payment | $0.00 | $0.00 | $3,962.45 | $3,962.45 |
| 06/03/2021 | ($196.35) | Disbursement FHA MIP - Risk Based Premium Loans | $0.00 | $0.00 | $3,766.10 | $3,766.10 |
| 06/16/2021 | ($2,366.00) | Disbursement Homeowners Ins / Condo Master | $0.00 | $0.00 | $1,400.10 | $1,400.10 |
| 06/22/2021 | $1,055.04 | Escrow Payment | $0.00 | $0.00 | $2,455.14 | $2,455.14 |

| Description | Amounts |
|---|---|
| Insurance Balance | $0.00 |
| Homeowner's Ins | $0.00 |
| Flood | $0.00 |
| Earthquake | $0.00 |
| Windstorm | $0.00 |
| Mortgage Insurance | $0.00 |
| Undefined | $0.00 |
| Tax Balance | $0.00 |
| Assessments | $0.00 |
| County | $0.00 |
| City/Town/Township | $0.00 |
| School | $0.00 |
| Municipal District | $0.00 |
| Ground Rent | $0.00 |
| HOA/Condo Dues | $0.00 |
| Undefined | $0.00 |
| Unspecified Balance | $2,455.14 |
| Overall Balance | $2,455.14 |
| Uncollected Escrow Shortage | $0.00 |
| Escrow Balance Total | $2,455.14 |

Should you have any further questions regarding your account please call us toll free at 1-800-772-9760.